Bartley, C. J.
I concur in the decision just announced, solely -on the ground of a want of authority in the agents of the state to make such a contract as that set out in the agreed case submitted ‘to us. I am wholly unable to reconcile the exercise of such au'thority by the board of public works with the provisions of the -present constitution of the state.
I deem it proper, however, to say, that in the agreed case submitted, no fraud or unfairness is charged on the contractors.
*Now, if the contract was entered into in good faith, induced by a mistake of the agents of the state as to their powers, :it is the duty of the state, upon the plainest principles of right ¡and justice, to provide the means whereby adequate and‘full corn *493 pensation may be rendered the defendants for any damages they may have suffered by setting aside the arrangement. The repudiation of actual contracts is discreditable q.nd degrading to any government; and the dishonor and dishonesty of .refusing compensation or relief, in case of a contract entered into in good faith, and after part performance, set aside or repudiated by the state on the-simple ground of a mistake of the agents of the state as to their-authority to make the contract, would be no less discreditable and"; degrading.